IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN McKENZIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CV-530-WKW |
| | ) | |
| CITY OF CLANTON POLICE DEPARTMENT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge entered on August 10, 2026. (Doc. # 7.) There being no timely objections filed to the Recommendation, and after an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 7) is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 25th day of August, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE